**Exhibit A**

**Corporate Organizational Chart**

# Corporate Organizational Structure

