**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>iLearningEngines, Inc.,<br><br>       Debtor.<br><br>Tax I.D. No.: 85-3961600 | Chapter 11<br><br>Case No. 24-12826 (LSS) |
| In re:<br><br>iLearningEngines Holdings, Inc.,<br><br>       Debtor.<br><br>Tax I.D. No.: 27-5012335 | Chapter 11<br><br>Case No. 24-12827 (LSS) |
| In re:<br><br>iLearningEngines FZ-LLC,<br><br>       Debtor.<br><br>Tax I.D. No.: N/A | Chapter 11<br><br>Case No. 24-12850 (LSS) |

**ORDER AUTHORIZING (I) THE JOINT ADMINISTRATION
OF THE DEBTORS' CHAPTER 11 CASES FOR PROCEDURAL PURPOSES
ONLY, (II) THE FILING OF A CONSOLIDATED LIST OF CREDITORS HOLDING
THE THIRTY LARGEST UNSECURED CLAIMS, AND (III) THE FILING
OF A CONSOLIDATED CREDITOR MATRIX**

Upon consideration of the motion (the "Motion")[1] of the above-captioned affiliated debtors and debtors in possession (collectively, the "Debtors") for the entry of an order authorizing (i) the joint administration of these Debtors' Chapter 11 Cases for procedural purposes only; (ii) the filing of a consolidated list of creditors holding the thirty largest unsecured claims; and (iii) the filing of

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

a consolidated creditor matrix in lieu of separate mailing matrices for each Debtor; and upon consideration of the Motion and all pleadings related thereto, including the Preliminary Olivier Declaration; and the Court having found that due and proper notice of the Motion has been given; and no other or further notice of the Motion is required under the circumstances; and the Court having found that it has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and the Court having found that its consideration of the Motion and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of these proceedings and the Motion being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that the relief requested in the Motion and provided for herein is in the best interest of the Debtors, their estates, and creditors; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED as set forth herein.

2. The Clerk of the Court shall maintain one file, one docket, and one consolidated service list for these Debtors' Chapter 11 Cases, which file and docket shall be the file and docket for the chapter 11 case of iLearningEngines, Inc. (Case No. 24-12826 (LSS)).

3. The Debtors' Chapter 11 Cases shall be consolidated for procedural purposes only and shall be jointly administered in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1.

4. The Debtors are authorized to file a Consolidated Top 30 List and a Consolidated Creditor Matrix.

5. All pleadings filed in these Debtors' Chapter 11 Cases shall bear a consolidated caption substantially in the following form:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>iLearningEngines, Inc., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-12826 (LSS)<br><br>(Jointly Administered) |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are iLearningEngines, Inc. (1600); iLearningEngines Holdings, Inc. (2335); and iLearningEngines FZ-LLC (N/A). The mailing address for each of the Debtors is 6701 Democracy Boulevard, Bethesda, Maryland 20817.

6. The foregoing caption shall satisfy the requirements of section 342(c)(1) of the Bankruptcy Code.

7. The Clerk of the Court shall make a docket entry in each Debtor's Chapter 11 Case (except that of iLearningEngines, Inc.) substantially as follows:

> An order has been entered in this case in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of the Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing the consolidation and joint administration for procedural purposes only of the chapter 11 cases of: iLearningEngines, Inc., Case No. 24-12826 (LSS); iLearningEngines Holdings, Inc., Case No. 24-12827 (LSS); and iLearningEngines FZ-LLC, Case No. 24-12850. **The docket in the chapter 11 case of iLearningEngines, Inc., Case No. 24-12826 (LSS), should be consulted for all matters after this case.**

8. To the extent the Debtors headquarters changes during the course of these Chapter 11 Cases, the Debtors shall be authorized to modify the footnote to the caption upon the filing of a notice of change of Debtors' address.

9. Nothing in the Motion or this Order is intended or shall be deemed or otherwise construed as directing or otherwise effecting a substantive consolidation of the Debtors' estates.

10. The Debtors and the Clerk of the Court are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

11. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: December 30th, 2024
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE